**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| JAMES ARTHUR STOKES, III, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WELLS FARGO, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:18cv48-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(2) Plaintiff's federal claims are dismissed with prejudice prior to service of process because they are either frivolous or fail to state a claim upon which relief may be granted.

(3) The court declines to exercise jurisdiction over plaintiff's state claims, and they are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE